**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MAUREEN HARRINGTON, as personal
representative for the estate of
BLAINEHARRINGTON III,

                         Plaintiff,                    23 **CIVIL** 3213 (JGLC)(VF)

      -against-                        **<u>JUDGMENT</u>**

KAUSHAN MEDIA CORPORATION d/b/a
ALLWOMENSTALK.COM,

                        Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 22, 2023, the Court adopts the Report & Recommendation in its entirety. Default Judgment is entered in favor of Plaintiff with respect to Plaintiff's copyright infringement claim. Plaintiff is awarded $13,500 in statutory damages plus prejudgment interest calculated at the statutory rate of 9% from April 18, 2023 through entry of judgment in the amount of $ 848.84 and $3,527.87 in attorneys' fees and costs.

**Dated:**  New York, New York

      December 29, 2023

                                                   **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                    **BY:**

                                                   **Deputy Clerk**